UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSON DEKHARN,<br><br>   Plaintiff,<br><br>   v.<br><br>A. ROJAS, et al.,<br><br>   Defendants. | No.  2:23-cv-00706 KJM DB P<br><br>FINDINGS & RECOMMENDATIONS |

By order filed November 2, 2023 (ECF No. 9), plaintiff's complaint was screened and found not to not state any cognizable claims. The court granted plaintiff thirty days leave to file an amended complaint. Plaintiff was cautioned that failure to respond to the order would result in a recommendation that this action be dismissed. The time granted has expired and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 3, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
dekh0706.fta